IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHRISTINA WARR, on her own behalf
and others similarly situated,

    Plaintiff,

vs.                                  CASE NO. 5:09cv348/RS-MD

PIGNERI & LYON, INC., a Florida
corporation d/b/a UNCLE ERNIE'S
BAYFRONT GRILL & BREW HOUSE,
and SEAN LYON, Individually,

    Defendants.
_____/

## ORDER

Before me is the Joint Status Report (Doc. 33).

**IT IS ORDERED** that the Order dated January 7, 2010 (Doc. 26) is amended to extend the stay of the case for an additional ninety days.

**ORDERED** on May 11, 2010.

                /S/ Richard Smoak
                **RICHARD SMOAK**
                **UNITED STATES DISTRICT JUDGE**