**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

CHRISTINA WARR, on her own behalf
and others similarly situated,

        Plaintiff,

vs.                                                 CASE NO. 5:09cv348/RS-MD

PIGNERI & LYON, INC., a Florida
corporation d/b/a UNCLE ERNIE'S
BAYFRONT GRILL & BREW HOUSE,
and SEAN LYON, Individually,

        Defendants.
_____/

## ORDER

Before me is the Joint Status Report (Doc. 41). Pursuant to Local Rule 16.2(D), it is ordered:

1. This case is dismissed from the active docket of the court.

2. In the event that the settlement is not consummated, the court reserves jurisdiction, upon motion filed by any party within sixty days of the date of this Order, to amend or vacate and set aside this Order and reinstate the case.

3. The clerk is directed to close the file of this case for administrative purposes, and upon the expiration of sixty days without activity, the clerk is directed to close the case in its entirety for all purposes.

**ORDERED** on July 16, 2010.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**